IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSARIO, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to return signed waivers of service, and good cause having been found:

**IT IS ORDERED** that the request for an extension of time is granted, and the deadline for filing waivers of service is extended by forty-five days.  Defendants Kasis, Brown, Altschuler, Rosario, and Vanni have up to and including January 11, 2021, to return signed service waivers, and up to and including January 14, 2021 to file a responsive pleading.

Dated:  December 1, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1