IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ROSARIO, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation is GRANTED. The Defendants shall serve responses and objections to Plaintiff's Requests for Production, Requests for Admission, and Interrogatories by **July 30, 2021**.

IT IS FURTHER ORDERED that the Discovery and Scheduling Order (ECF No. 27) is MODIFIED, as follows: the parties may conduct discovery until, and file any motion to compel discovery by, **December 18, 2021**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **March 18, 2022**. All remaining terms of ECF No. 27 remain in full force and effect.

Dated: June 7, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE