IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **ROSARIO, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation is GRANTED.  The Defendants shall serve responses and objections to Plaintiff's Requests for Production, Requests for Admission, and Interrogatories by **September 28, 2021**.

IT IS FURTHER ORDERED that the Discovery and Scheduling Order (ECF Nos. 27 and 33) is MODIFIED, as follows:  the parties may conduct discovery until, and file any motion to compel discovery by, **February 16, 2022**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **May 17, 2022**.  All remaining terms of ECF No. 27 remain in full force and effect.

Dated:  July 26, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE