IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,**<br><br>           Plaintiff,<br><br>    v.<br><br>**ROSARIO, et al.,**<br><br>           Defendants. | Case No. 2:20-cv-00897 CKD (PC)<br><br>**ORDER** |

GOOD CAUSE APPEARING, the parties' stipulations are GRANTED.

The parties are granted leave of this Court to conduct depositions in this matter by remote means – via videoconference – provided that each participant uses the same videoconference connection, and that each participant can hear, and be heard by, each other participant.

IT IS FURTHER ORDERED that the court reporter physical presence requirement under Federal Rule of Civil Procedure 28 shall not apply to depositions conducted in this matter. The court reporter is not required to be in the same physical location as any deponent.

IT IS FURTHER ORDERED that the Defendants shall serve responses and objections to Plaintiff's Requests for Production, Requests for Admission, and Interrogatories by **November 26, 2021**.

1

1  IT IS FURTHER ORDERED that the Discovery and Scheduling Order (ECF Nos. 27, 33, and 35) is MODIFIED, as follows: the parties may conduct discovery until, and file any motion to compel discovery by, **April 18, 2022**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **July 18, 2022**. All remaining terms of ECF No. 27 remain in full force and effect.

Dated:  September 24, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE