IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**ROSARIO, et al.,**<br><br>                    Defendants. | Case No. 2:20-cv-00897 CKD (PC)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, the parties' stipulations are GRANTED.

IT IS ORDERED that the Discovery and Scheduling Order (ECF Nos. 27, 33, 35, and 37) is MODIFIED, as follows: the parties may conduct discovery until, and file any motion to compel discovery by, **August 16, 2022**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **November 15, 2022**. All remaining terms of ECF No. 27 remain in full force and effect.

Dated: January 25, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE