IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD (PC) |
| Plaintiff, | ORDER |
| v. | |
| **ROSARIO, et al.,** | |
| Defendants. | |

Good cause appearing, the Defendants' motion to extend time to serve responses and objections to Plaintiff's Request for Production of Documents, Set Four is GRANTED.

The deadline for Defendants to serve responses and objections is extended until March 30, 2022.

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE