IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,**<br><br>Plaintiff,<br><br>v.<br><br>**ROSARIO, et al.,**<br><br>Defendants. | Case No. 2:20-cv-00897 CKD (PC)<br><br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |

GOOD CAUSE APPEARING, the parties' stipulations are GRANTED.

IT IS ORDERED that the Discovery and Scheduling Order (ECF Nos. 27, *as modified by* 39) is further MODIFIED, as follows:

- this matter is STAYED until **October 28, 2022**, or until further order of this Court;
- the deadlines to complete discovery and file dispositive motions are VACATED;
- the parties shall file a joint status report to this Court by **August 19, 2022**, indicating their respective positions as to whether a settlement conference would be beneficial and should be scheduled, and whether a further stay of proceedings is necessary; and
- the parties shall report any settlement agreement, and shall file any dispositional documents, promptly and in accordance with Local Rule 160.

1    IT IS FURTHER ORDERED that Defendants' responses and objections to Requests for Production of Documents, Sets Five and Six, shall be served on or before **June 30, 2022**.

All remaining terms of ECF No. 27 remain in full force and effect.  Should this action not resolve before the end of the stay of proceedings, the Court will, by separate order, reset the deadlines to complete discovery and file dispositive motions.

**IT IS SO ORDERED.**

Dated:  May 27, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE