IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSARIO, et al.,** | |
| Defendants. | |

Good cause appearing, the Defendants' motion for administrative relief to extend time to serve responses and objections to Plaintiff's Request for Production of Documents, Set Six is GRANTED.

The deadline for Defendants to serve responses and objections is extended until July 28, 2022.

**IT IS SO ORDERED.**

Dated: July 22, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE