1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | Case No. 2:20-cv-00897 CKD (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **ROSARIO, et al.,** | |
| Defendants. | |

Having received and reviewed the joint status report of the parties, submitted in accordance with ECF No. 45, and GOOD CAUSE APPEARING, the parties' stipulations are GRANTED.

IT IS ORDERED that the matter remain STAYED until **February 27, 2023**, or until further order of this Court, to allow the parties additional time to further investigate claims and defenses, and to meet and confer regarding potential for settlement.

IT IS FURTHER ORDERED that the parties shall file a joint status report to this Court by **December 16, 2022**, indicating their respective positions as to whether a settlement conference would be beneficial and should be scheduled, and whether a further stay of proceedings is necessary.

/ / /

/ / /

1

1   IT IS FURTHER ORDERED that the parties shall report any settlement agreement, and
2   shall file any dispositional documents, promptly and in accordance with Local Rule 160.
3   **IT IS SO ORDERED.**

Dated: August 19, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE