1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**ALEX LAMOTA MARTI,**                   Case No. 2:20-cv-00897 CKD (PC)

12
                                 Plaintiff,   **ORDER**
13

14            **v.**

15    **ROSARIO, et al.,**

16                                 Defendants.

17

18        Having received and reviewed the joint status report of the parties, submitted in accordance

19    with ECF Nos. 45 and 51, and GOOD CAUSE APPEARING, the parties' stipulations are

20    GRANTED.

21        IT IS ORDERED that the matter remain STAYED until **May 31, 2023,** or until further

22    order of this Court, to allow the parties to attend and participate in a settlement conference, to be

23    scheduled by separate order.

24    / / /

25    / / /

26    / / /

27

28

1    IT IS FURTHER ORDERED that the parties shall report any settlement agreement, and

2 shall file any dispositional documents, promptly and in accordance with Local Rule 160.

3    **IT IS SO ORDERED.**

4

Dated:  January 3, 2023

5

6                                                    _____
                                                    CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order (2:20-cv-00897 CKD (PC))